United States District Court
Southern District of Texas
**ENTERED**
March 20, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Haydee Guzman, §
   Plaintiff, §
§
versus § Civil Action H-19-3345
§
Allstate Vehicle and Property §
Insurance Company, §
   Defendant. §

# Order of Adoption

On February 26, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation recommending that the court deny Haydee Guzman's motion to remand. (D.E. 13.) No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion.

Signed on March _19_, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge